**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Trenton, NJ**

CHARLES SMITH

                               Plaintiff,

v.                                      Case No.:
                                        3:23−cv−21360−MAS−TJB

                                        Judge Michael A. Shipp

EMERGENT BUSINESS GROUP,
INC., et al.

                               Defendant.

**Order For Dismissal Pursuant to L.Civ.R. 41.1(a)**

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 31st day of December, 2024,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

                /s/ Michael A. Shipp
                _____
                MICHAEL A. SHIPP United States District Judge